**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OSWIN A. CARTER,

                    Plaintiff,                    19 **CIVIL** 8007 (JPO)

      -against-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated April 1, 2021, Plaintiff's cross-motion for judgment on the pleadings is GRANTED and the Commissioner's motion for judgment on the pleadings is DENIED. The case is remanded to the Commissioner; accordingly, this case is closed.

**Dated:**  New York, New York
        April 1, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                 **BY:**    *K. Mango*
                                                      **Deputy Clerk**